**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID C.,**

          **Plaintiff,**

-vs-                                                   **Case No. 6:11-cv-1402-Orl-31KRS**

**JOHN E.,**

          **Defendant.**

_____

## ORDER

This matter comes before the Court without a hearing on the Motion for Reconsideration (Doc. 41) filed by the Plaintiff and the response in opposition (Doc. 42) filed by the Defendant. The Plaintiff seeks reconsideration of this Court's order (Doc. 39), dated March 27, 2012, dismissing his Verified Amended Complaint (Doc. 22). To that end, the Plaintiff points the Court toward three documents purportedly unavailable at the time of the order at issue. The Defendant contends that the documents were, in fact, available at that time. However, the Court need not resolve the issue, as the Plaintiff has not made any substantive argument regarding the documents – *i.e.*, he has not attempted to explain how any information in those documents could have or should have affected the order at issue. Accordingly, regardless of whether those documents were

available or not, the Plaintiff has failed to make any showing that reconsideration is appropriate here.

In consideraton of the foregoing, it is hereby

**ORDERED** that the Motion for Reconsideration (Doc. 41) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 10, 2012.

───────────────────────────
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party